The order below is hereby signed.

Signed: December 19 2018



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
RICHARD ANTHONY MCDONALD                    :    Chapter 13 Case No. 18-00562 SMT
   Debtor

**ORDER OF DISMISSAL**

    Upon consideration of the Trustee's Motion to Dismiss based on denial of confirmation, it is,

    ORDERED, that the above-captioned matter be and the same is hereby dismissed pursuant to 11 U.S.C. §1307.

cc:

Richard Anthony McDonald
3471 24th Street, SE
Washington, DC 20020

Augustus T. Curtis, Esq.
2600 Tower Oaks Blvd, Suite 103
Rockville, MD 20852

Nancy Spencer Grigsby
185 Admiral Cochrane Dr, Suite 240
Annapolis, MD 21401

All Entities on Mailing List